# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01069-MSK-BNB

CENTER FOR NATIVE ECOSYSTEMS, and
THE COLORADO NATIVE PLANT SOCIETY,

    Plaintiffs,

v.

UNITED STATES FISH AND WILDLIFE SERVICE,

    Defendant.

___

## ORDER APPROVING STIPULATED SETTLEMENT AGREEMENT
## AND DIRECTING THAT CASE BE CLOSED
___

**THIS MATTER** is before the Court on the Joint Motion to Approve Stipulated Settlement Agreement **(#9)**. The Court being fully advised in the foregoing,

**ORDERS** that the Joint Motion to Approve Stipulated Settlement Agreement **(#9)** is **GRANTED.** The settlement is approved, and the parties having represented that all claims have been resolved, the Court directs that the Clerk close the case. The Court reserves jurisdiction as specified in the settlement.

Dated this 15th day of August, 2006

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge